# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                        CASE NO. 5:99cr25LAC

JAMES EDWIN PRATT

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on  June 2, 2006  
Motion/Pleadings: MOTION FOR MODIFICATION OF SENTENCE  
Filed by DEFENDANT PRO SE   on 4/24/2006   Doc.# 99  
RESPONSES:  
OPPOSITION BY GOVT   on 6/16/2006   Doc.# 100  
_____ on _____ Doc.# _____

____ Stipulated     ____ Joint Pldg.  
____ Unopposed      ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                          Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 16th day of June, 2006, that:*

*(a) The relief requested is **DENIED.***

*(b) The Court adopts the well-reasoned response of the Government (Doc. 100) as the basis for this denial.*

*s/L.A. Collier*

**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __  
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP  
Copies sent to:_____

Document No.