**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                             Case No. 5:99cr25/LAC

JAMES EDWIN PRATT,

    Defendant.
_____/

## **ORDER**

      This cause is before the Court on remand from the Eleventh Circuit Court of Appeals. The remand is limited to a determination of whether there exists excusable neglect or good cause to justify Defendant's untimely filing of his notice of appeal from the Court's June 16, 2006, order. While the Court would ordinarily order Defendant to show cause, the record already demonstrates that the Court order in question was not mailed to Defendant until June 27, 2006. *See* doc. 102, postmarked envelope attached as an exhibit. Since Defendant's notice of appeal was filed on July, 7, 2006, even without considering mailing times and the prisoner mailbox rule, the filing of the notice of appeal was timely. Thus, the Court finds that Defendant's notice of appeal should be deemed timely filed.

As directed by the Eleventh Circuit, the Clerk is directed to return the file to the Eleventh Circuit for further proceedings.

**ORDERED** on this 30th day of August, 2006.

s/ *L.A. Collier*
Lacey A. Collier
Senior United States District Judge
