**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

UNITED STATES OF AMERICA

    VS                                        CASE NO. 5:99CR25LAC

JAMES PRATT

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on December 7, 2007

Motion/Pleadings: JUDICIAL NOTICE WITH REQUEST TO REVIEW TITLE 21 USC 851 AT SENTENCING PHASE

Filed by DEFENDANT PRO SE   on 12/5/2007   Doc.# 122

RESPONSES:
BY GOVERNMENT   on 12/7/2007   Doc.# 120
_____   on _____   Doc.# _____

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy
LC (1 OR 2)   Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 11th day of December, 2007, that:*

*(a) The relief requested is **DENIED**.*

*(b)* _____

s/L.A. Collier
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.